**United States Bankruptcy Court**
**Northern District of Ohio**

In re **Theresa Ann Filipovich**  
Debtor(s)

Case No.  
Chapter **13**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Theresa Ann Filipovich**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **September 11, 2014**

Signature **/s/ Theresa Ann Filipovich**
**Theresa Ann Filipovich**
Debtor

New Window | Customize Page |

## View Paycheck
**THERESA FILIPOVICH**

Accounting Principals, Inc.

10151 Deerwood Park Boulevard
Jacksonville   FL
32256

For a prior pay period, click   Paycheck Selection

| THERESA FILIPOVICH | | | | |
|---|---|---|---|---|
| 964 WARWICK DRIVE | | | | |
| SHEFFIELD LAKE   OH   44054 | | | | |
| SSN:   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 | | | | |

| | |
|---|---|
| EmplID: | 447138 |
| Department: | OH06050000 |
| Location: | API 814404 |
| Pay Begin Date: | 08/11/2014 |
| Pay End Date: | 08/17/2014 |
| Check Date: | 08/22/2014 |

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### EARNINGS

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Reg | 40.00 | 14.00 | 560.00 | 18,823.28 |
| Holiday pa | | | | 448.00 |
| Overtime 1 | | | | 5,918.85 |
| **Total:** | **40.00** | | **560.00** | **25,190.13** |

### TAXES

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Tax Wages |
|---|---|---|---|---|
| Fed Withholdng | 53.22 | 2,789.88 | 532.18 | 24,272.07 |
| Fed MED/EE | 7.72 | 351.95 | 532.18 | 24,272.07 |
| Fed OASDI/EE | 33.00 | 1,504.87 | 532.18 | 24,272.07 |
| OH Withholdng | 11.28 | 599.46 | 532.18 | 24,272.07 |
| OH ELYRIA Withholdng | 9.31 | 424.74 | 532.18 | 24,272.07 |
| OH SHFLD LAKE Withholdng | 5.32 | 242.75 | 532.18 | 24,272.07 |
| **Total:** | **119.85** | **5,913.65** | | |

### BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Med btx | 20.96 | 691.68 |
| Lim Dent | 4.86 | 160.38 |
| Lim Visn | 2.00 | 66.00 |
| **Total:** | **27.82** | **918.06** |

### AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### NET PAY DISTRIBUTION

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1796833 | Checking | 7521766415 | 412.33 |

Return to Self Service

New Window | Customize Page | http

**View Paycheck**                    10151 Deerwood Park Boulevard
THERESA FILIPOVICH                   Jacksonville     FL
Accounting Principals, Inc.          32256
For a prior pay period, click    Paycheck Selection

| THERESA FILIPOVICH | | | | EmplID: | 447138 | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|---|---|---|
| 964 WARWICK DRIVE | | | | Department: | OH06050000 | Marital Status: | Single | |
| SHEFFIELD LAKE | | OH | 44054 | Location: | API 814404 | Allowances: | 1 | 1 |
| | | | | Pay Begin Date: | 08/04/2014 | Addl. Percent: | | |
| | | | | Pay End Date: | 08/10/2014 | | | |
| SSN: | 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 | | | Check Date: | 08/15/2014 | Addl. Amount: | | |

| EARNINGS | | | | | TAXES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD Amount | Description | Current Amount | YTD Amount | Taxable Wages | YTD Tax Wages |
| Reg | 40.00 | 14.00 | 560.00 | 18,263.28 | Fed Withholdng | 53.22 | 2,736.66 | 532.18 | 23,739.89 |
| Holiday pa | | | | 448.00 | Fed MED/EE | 7.72 | 344.23 | 532.18 | 23,739.89 |
| Overtime 1 | | | | 5,918.85 | Fed OASDI/EE | 32.99 | 1,471.87 | 532.18 | 23,739.89 |
| | | | | | OH Withholdng | 11.28 | 588.18 | 532.18 | 23,739.89 |
| | | | | | OH ELYRIA Withholdng | 9.31 | 415.43 | 532.18 | 23,739.89 |
| | | | | | OH SHFLD LAKE Withholdng | 5.32 | 237.43 | 532.18 | 23,739.89 |
| Total: | 40.00 | | 560.00 | 24,630.13 | Total: | 119.84 | 5,793.80 | | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|
| Description | Amount | YTD Amount | Description | Amount | YTD Amount |
| Med btx | 20.96 | 670.72 | | | |
| Lim Dent | 4.86 | 155.52 | | | |
| Lim Visn | 2.00 | 64.00 | | | |
| Total: | 27.82 | 890.24 | Total: | | |

| NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|
| | Paycheck Number | | Account Number | Amount |
| Direct Deposit | 1785352 | Checking | 7521766415 | 412.34 |

Return to Self Service

New Window | Customize Page |

**View Paycheck**　　　　　　　　　　10151 Deerwood Park Boulevard
**THERESA FILIPOVICH**　　　　　　　Jacksonville　FL
Accounting Principals, Inc.　　　　　　32256
For a prior pay period, click　Paycheck Selection

| | | |
|---|---|---|
| THERESA FILIPOVICH | **EmplID:** 447138 | **TAX DATA:** Federal　　OH State |
| 964 WARWICK DRIVE | **Department:** OH06050000 | **Marital Status:** Single |
| SHEFFIELD LAKE　OH　44054 | **Location:** API 814404 | **Allowances:** 1　　　　1 |
| | **Pay Begin Date:** 06/30/2014 | **Addl. Percent:** |
| | **Pay End Date:** 07/06/2014 | |
| **SSN:** XXX-XX-3891 | **Check Date:** 07/11/2014 | **Addl. Amount:** |

**EARNINGS**

| Description | Prior Begin Date | Prior End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Reg | 06/30/2014 | 07/06/2014 | 40.00 | 14.00 | 560.00 | 15,489.46 |
| Overtime 1 | 06/30/2014 | 07/06/2014 | 4.00 | 21.00 | 84.00 | 5,918.85 |
| Holiday pa | 06/30/2014 | 07/06/2014 | | | | 336.00 |
| **Total:** | | | 44.00 | | 644.00 | 21,744.31 |

**TAXES**

| Description | Current Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 65.82 | 2,474.49 |
| Fed MED/EE | 8.93 | 304.40 |
| Fed OASDI/EE | 38.21 | 1,301.58 |
| OH Withholdng | 14.33 | 531.61 |
| OH ELYRIA Withholdng | 10.78 | 367.37 |
| OH SHFLD LAKE Withholding | 6.16 | 209.97 |
| **Total:** | 144.23 | 5,189.42 |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Med btx | 20.96 | 565.92 |
| Lim Dent | 4.86 | 131.22 |
| Lim Visn | 2.00 | 54.00 |
| **Total:** | 27.82 | 751.14 |

**AFTER-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1727190 | Checking | 7521766415 | 471.95 |

Return to Self Service

**View Paycheck**
THERESA FILIPOVICH
Accounting Principals, Inc.
For a prior pay period, click  Paycheck Selection

10151 Deerwood Park Boulevard
Jacksonville   FL
32256
800/793-7657

| | | |
|---|---|---|
| THERESA FILIPOVICH<br>964 WARWICK DRIVE<br>SHEFFIELD LAKE  OH  44054<br>SSN:  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 | EmplID:  447138<br>Department:  OH06050000<br>Location:  API 814404<br>Pay Begin Date:  07/07/2014<br>Pay End Date:  07/13/2014<br>Check Date:  07/18/2014 | TAX DATA:  Federal  OH State<br>Marital Status:  Single<br>Allowances:  1  1<br>Addl. Percent:<br>Addl. Amount: |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg | 40.00 | 14.00 | 560.00 |
| Total: | 40.00 | | 560.00 |

### TAXES

| Description | Current Amount | Taxable Wages |
|---|---|---|
| Fed Withholdng | 53.22 | 532.18 |
| Fed MED/EE | 7.72 | 532.18 |
| Fed OASDI/EE | 32.99 | 532.18 |
| OH Withholdng | 11.40 | 532.18 |
| OH ELYRIA Withholdng | 9.31 | 532.18 |
| OH SHFLD LAKE Withholdng | 5.32 | 532.18 |
| Total: | 119.96 | |

### BEFORE-TAX DEDUCTIONS

| Description | Amount |
|---|---|
| Med btx | 20.96 |
| Lim Dent | 4.86 |
| Lim Visn | 2.00 |
| Total: | 27.82 |

### AFTER-TAX DEDUCTIONS

| Description | Amount |
|---|---|
| Total: | |

### NET PAY DISTRIBUTION

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1740907 | Checking | 7521766415 | 412.22 |

Return to Self Service

New Window | Customize Page | http

## View Paycheck
**THERESA FILIPOVICH**
Accounting Principals, Inc.

10151 Deerwood Park Boulevard
Jacksonville    FL
32256

For a prior pay period, click **Paycheck Selection**

| THERESA FILIPOVICH | | EmplID: | 447138 | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|---|
| 964 WARWICK DRIVE | | Department: | OH06050000 | Marital Status: | Single | |
| SHEFFIELD LAKE | OH  44054 | Location: | API 814404 | Allowances: | 1 | 1 |
| | | Pay Begin Date: | 07/14/2014 | Addl. Percent: | | |
| | | Pay End Date: | 07/20/2014 | | | |
| SSN: | 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 | Check Date: | 07/25/2014 | Addl. Amount: | | |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Reg | 38.13 | 14.00 | 533.82 |
| Holiday pa | | | |
| Overtime 1 | | | |
| **Total:** | **38.13** | | **533.82** |

### TAXES

| Description | Current Amount | Taxable Wages |
|---|---|---|
| Fed Withholdng | 49.29 | 506.00 |
| Fed MED/EE | 7.33 | 506.00 |
| Fed OASDI/EE | 31.37 | 506.00 |
| OH Withholdng | 10.49 | 506.00 |
| OH ELYRIA Withholdng | 8.86 | 506.00 |
| OH SHFLD LAKE Withholdng | 5.06 | 506.00 |
| **Total:** | **112.40** | |

### BEFORE-TAX DEDUCTIONS

| Description | Amount |
|---|---|
| Med btx | 20.96 |
| Lim Dent | 4.86 |
| Lim Visn | 2.00 |
| **Total:** | **27.82** |

### AFTER-TAX DEDUCTIONS

| Description | Amount |
|---|---|
| **Total:** | |

### NET PAY DISTRIBUTION

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1747515 | Checking | 7521766415 | 393.60 |

Return to Self Service

New Window | Customize Page | http

**View Paycheck**    10151 Deerwood Park Boulevard
THERESA FILIPOVICH    Jacksonville  FL
Accounting Principals, Inc.    32256
For a prior pay period, click  Paycheck Selection

| | | |
|---|---|---|
| THERESA FILIPOVICH<br>964 WARWICK DRIVE<br>SHEFFIELD LAKE  OH  44054<br><br>SSN:  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 | EmplID: 447138<br>Department: OH06050000<br>Location: API 814404<br>Pay Begin Date: 07/21/2014<br>Pay End Date: 07/27/2014<br>Check Date: 08/01/2014 | TAX DATA:  Federal  OH State<br>Marital Status: Single<br>Allowances:  1  1<br>Addl. Percent:<br>Addl. Amount: |

**EARNINGS**

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Reg | 40.00 | 14.00 | 560.00 | 17,143.28 |
| Holiday pa | | | | 448.00 |
| Overtime 1 | | | | 5,918.85 |
| **Total:** | 40.00 | | 560.00 | 23,510.13 |

**TAXES**

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Tax Wages |
|---|---|---|---|---|
| Fed Withholdng | 53.22 | 2,630.22 | 532.18 | 22,675.53 |
| Fed MED/EE | 7.72 | 328.80 | 532.18 | 22,675.53 |
| Fed OASDI/EE | 32.99 | 1,405.88 | 532.18 | 22,675.53 |
| OH Withholdng | 11.40 | 565.50 | 532.18 | 22,675.53 |
| OH ELYRIA Withholdng | 9.31 | 396.81 | 532.18 | 22,675.53 |
| OH SHFLD LAKE Withholdng | 5.32 | 226.79 | 532.18 | 22,675.53 |
| **Total:** | 119.96 | 5,554.00 | | |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Med btx | 20.96 | 628.80 |
| Lim Dent | 4.86 | 145.80 |
| Lim Visn | 2.00 | 60.00 |
| **Total:** | 27.82 | 834.60 |

**AFTER-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1762775 | Checking | 7521766415 | 412.22 |

Return to Self Service

New Window | Customize Page

**View Paycheck**
**THERESA FILIPOVICH**
Accounting Principals, Inc.
For a prior pay period, click   Paycheck Selection

10151 Deerwood Park Boulevard
Jacksonville   FL
32256
800/793-7657

| | | |
|---|---|---|
| THERESA FILIPOVICH<br>964 WARWICK DRIVE<br>SHEFFIELD LAKE   OH   44054<br><br>SSN:   XXX-XX-3891 | EmplID:   447138<br>Department:   OH06050000<br>Location:   API 814404<br>Pay Begin Date:   06/09/2014<br>Pay End Date:   06/15/2014<br>Check Date:   06/20/2014 | TAX DATA:   Federal   OH State<br>Marital Status:   Single<br>Allowances:   1   1<br>Addl. Percent:<br>Addl. Amount: |

**EARNINGS**

| Description | Prior Begin Date | Prior End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Reg | 06/09/2014 | 06/15/2014 | 40.00 | 14.00 | 560.00 |
| **Total:** | | | 40.00 | | **560.00** |

**TAXES**

| Description | Current Amount |
|---|---|
| Fed Withholdng | 53.22 |
| Fed MED/EE | 7.72 |
| Fed OASDI/EE | 33.00 |
| OH Withholdng | 11.40 |
| OH ELYRIA Withholdng | 9.31 |
| OH SHFLD LAKE Withholdng | 5.32 |
| **Total:** | **119.97** |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount |
|---|---|
| Med btx | 20.96 |
| Lim Dent | 4.86 |
| Lim Visn | 2.00 |
| **Total:** | **27.82** |

**AFTER-TAX DEDUCTIONS**

| Description | Amount |
|---|---|
| **Total:** | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1692534 | Checking | 7521766415 | 412.21 |

Return to Self Service

New Window | Customize Page | http

**View Paycheck**     10151 Deerwood Park Boulevard
**THERESA FILIPOVICH**     Jacksonville    FL
Accounting Principals, Inc.     32256
For a prior pay period, click    Paycheck Selection     800/793-7657

| | | |
|---|---|---|
| THERESA FILIPOVICH | EmplID: 447138 | TAX DATA: Federal    OH State |
| 964 WARWICK DRIVE | Department: OH06050000 | Marital Status: Single |
| SHEFFIELD LAKE   OH   44054 | Location: API 814404 | Allowances: 1    1 |
| | Pay Begin Date: 06/16/2014 | Addl. Percent: |
| | Pay End Date: 06/22/2014 | |
| SSN: XXX-XX-3891 | Check Date: 06/27/2014 | Addl. Amount: |

**EARNINGS**

| Description | Prior Begin Date | Prior End Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Reg | 06/16/2014 | 06/22/2014 | 40.00 | 14.00 | 560.00 |
| Total: | | | 40.00 | | 560.00 |

**TAXES**

| Description | Current Amount |
|---|---|
| Fed Withholdng | 53.22 |
| Fed MED/EE | 7.72 |
| Fed OASDI/EE | 32.99 |
| OH Withholdng | 11.40 |
| OH ELYRIA Withholdng | 9.31 |
| OH SHFLD LAKE Withholdng | 5.32 |
| Total: | 119.96 |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount |
|---|---|
| Med btx | 20.96 |
| Lim Dent | 4.86 |
| Lim Visn | 2.00 |
| Total: | 27.82 |

**AFTER-TAX DEDUCTIONS**

| Description | Amount |
|---|---|
| Total: | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1701524 | Checking | 7521766415 | 412.22 |

Return to Self Service

New Window | Customize Page | http

**View Paycheck**  
**THERESA FILIPOVICH**  
Accounting Principals, Inc.  
10151 Deerwood Park Boulevard  
Jacksonville   FL  
32256  

For a prior pay period, click   Paycheck Selection

| THERESA FILIPOVICH | | | |
|---|---|---|---|
| 964 WARWICK DRIVE | | | |
| SHEFFIELD LAKE | OH | 44054 | |
| SSN: | XXX-XX-3891 | | |

| EmplID: | 447138 |
|---|---|
| Department: | OH06050000 |
| Location: | API 814404 |
| Pay Begin Date: | 06/23/2014 |
| Pay End Date: | 06/29/2014 |
| Check Date: | 07/03/2014 |

| TAX DATA: | Federal | OH State |
|---|---|---|
| Marital Status: | Single | |
| Allowances: | 1 | 1 |
| Addl. Percent: | | |
| Addl. Amount: | | |

### EARNINGS

| Description | Prior Begin Date | Prior End Date | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Reg | 06/23/2014 | 06/29/2014 | 40.00 | 14.00 | 560.00 | 14,929.46 |
| Overtime 1 | 06/23/2014 | 06/29/2014 | 10.41 | 21.00 | 218.61 | 5,834.85 |
| Holiday pa | 06/23/2014 | 06/29/2014 | | | | 336.00 |
| Total: | | | 50.41 | | 778.61 | 21,100.31 |

### TAXES

| Description | Current Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 86.01 | 2,408.67 |
| Fed MED/EE | 10.89 | 295.47 |
| Fed OASDI/EE | 46.55 | 1,263.37 |
| OH Withholdng | 19.02 | 517.28 |
| OH ELYRIA Withholdng | 13.14 | 356.59 |
| OH SHFLD LAKE Withholdng | 7.51 | 203.81 |
| Total: | 183.12 | 5,045.19 |

### BEFORE-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Med btx | 20.96 | 544.96 |
| Lim Dent | 4.86 | 126.36 |
| Lim Visn | 2.00 | 52.00 |
| Total: | 27.82 | 723.32 |

### AFTER-TAX DEDUCTIONS

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

### NET PAY DISTRIBUTION

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1717688 | Checking | 7521766415 | 567.67 |

Return to Self Service

New Window | Customize Page | http

**View Paycheck**
THERESA FILIPOVICH
Accounting Principals, Inc.
For a prior pay period, click   Paycheck Selection

10151 Deerwood Park Boulevard
Jacksonville    FL
32256
800/793-7657

| THERESA FILIPOVICH | | EmplID: | 447138 | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|---|
| 964 WARWICK DRIVE | | Department: | OH06050000 | Marital Status: | Single | |
| SHEFFIELD LAKE | OH  44054 | Location: | API 814404 | Allowances: | 1 | 1 |
| | | Pay Begin Date: | 08/18/2014 | Addl. Percent: | | |
| | | Pay End Date: | 08/24/2014 | | | |
| SSN: | 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 | Check Date: | 08/29/2014 | Addl. Amount: | | |

**EARNINGS**

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Reg | 40.00 | 14.00 | 560.00 | 19,383.28 |
| Holiday pa | | | | 448.00 |
| Overtime 1 | | | | 5,918.85 |
| Total: | 40.00 | | 560.00 | 25,750.13 |

**TAXES**

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| Fed Withholdng | 53.22 | 2,843.10 | 532.18 | 24,804.25 |
| Fed MED/EE | 7.71 | 359.66 | 532.18 | 24,804.25 |
| Fed OASDI/EE | 32.99 | 1,537.86 | 532.18 | 24,804.25 |
| OH Withholdng | 11.28 | 610.74 | 532.18 | 24,804.25 |
| OH ELYRIA Withholdng | 9.31 | 434.05 | 532.18 | 24,804.25 |
| OH SHFLD LAKE Withholdng | 5.32 | 248.07 | 532.18 | 24,804.25 |
| Total: | 119.83 | 6,033.48 | | |

**BEFORE-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Med btx | 20.96 | 712.64 |
| Lim Dent | 4.86 | 165.24 |
| Lim Visn | 2.00 | 68.00 |
| Total: | 27.82 | 945.88 |

**AFTER-TAX DEDUCTIONS**

| Description | Amount | YTD Amount |
|---|---|---|
| Total: | | |

**NET PAY DISTRIBUTION**

| | Paycheck Number | | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 1808675 | Checking | 7521766415 | 412.35 |

Return to Self Service